```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 07373
   GENEVIEVE A BERNARD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3089

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/02/2005 and was confirmed 04/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.89% from remaining funds.

     The case was paid in full 06/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG       .00             .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE   1121.03             .00         1121.03
SECOND CITY CONSTRUCTION  SECURED         3842.00          153.67         3842.00
ECMC                      UNSECURED      62397.48             .00        11162.29
SECOND CITY CONSTRUCTION  UNSECURED       4805.12             .00          859.35
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,055.20                         2,055.20
TOM VAUGHN                TRUSTEE                                         1,146.46
DEBTOR REFUND             REFUND                                            395.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                20,735.00

PRIORITY                                         .00
SECURED                                     4,963.03
    INTEREST                                  153.67
UNSECURED                                  12,021.64
ADMINISTRATIVE                              2,055.20
TRUSTEE COMPENSATION                        1,146.46
DEBTOR REFUND                                 395.00
                       --------------     --------------
TOTALS                 20,735.00           20,735.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 07373 GENEVIEVE A BERNARD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 09/25/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```

                                        PAGE   2
            CASE NO. 05 B 07373 GENEVIEVE A BERNARD